UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| PRESPERSE, INC., | : | CIVIL ACTION NO. 04-5453 (MLC) |
|  | : |  |
| Plaintiff, | : | **MEMORANDUM OPINION** |
|  | : |  |
| v. | : |  |
|  | : |  |
| ALAIN SAINTROND, et al., | : |  |
|  | : |  |
| Defendants. | : |  |

**IT APPEARING** that this matter has been settled; and thus the Court intending to dismiss the complaint without prejudice to reopen if the settlement is not consummated; and the parties being advised — in order to protect their interests — they may still submit a stipulation of dismissal in this action, even though the action will be marked as closed by the Clerk of the Court; and for good cause appearing, the Court will issue an appropriate order and judgment.

　　　　　　　　　　　　　　　s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge